UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HERMITAGE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:13-CV-1032 |
| DIAMAX INDUSTRIES, INC., | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In accordance with the Notice of Dismissal without Prejudice filed on August 27, 2013 (docket entry no.13), this action is **DISMISSED** without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

SIGNED on this 29th day of August, 2013, at Houston, Texas.

                                              VANESSA D. GILMORE
                                              UNITED STATES DISTRICT JUDGE